G. D. STRUBE, a/k/a Gordon D. Strube, Appellant,

v.

Irving I. BASS, Trustee, Appellee.

No. 17201.

United States Court of Appeals
Ninth Circuit.

Oct. 30, 1961.

N. E. Youngblood, Beverly Hills, Cal., for appellant.

Craig, Weller & Laugharn, by Joseph S. Potts, Los Angeles, Cal., for appellee.

Before STEPHENS, JERTBERG and MERRILL, Circuit Judges.

PER CURIAM.

There is no clear error shown.

Affirmed.